Case title: USA v. SILVA                     Date Filed: 02/22/2022

Other court case number:  22MJ1033 Middle District of Tennessee

Assigned to: MAG/JUDGE JOI ELIZABETH PEAKE

**Defendant (1)**

| | |
|---|---|
| **DANIEL SILVA**<br>*also known as*<br>DANIEL KELTER | represented by **BRITTANY S. SPEAS**<br>FEDERAL PUBLIC DEFENDER'S OFFICE<br>251 N. MAIN ST.<br>SUITE 849<br>WINSTON−SALEM, NC 27101<br>336−631−5278<br>Fax: 336−631−5280<br>Email: brittany_speas@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Arrest | |

**Plaintiff**

**USA**     represented by  **FRANK JOSEPH CHUT , JR.**
U. S. ATTORNEY'S OFFICE – MDNC
101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401
336–332–6320
Fax: 336–333–5381
Email: frank.chut@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/22/2022 | | | Arrest (Rule 5) of DANIEL SILVA. (Kemp, Donita) (Entered: 02/22/2022) |
| 02/22/2022 | | | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE: INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to DANIEL SILVA held on 2/22/2022. Defendant advised of rights and charges. Defendant, through counsel, has requested that his detention hearing be held in the Middle District of North Carolina. (AUSA Frank Chut; Counsel for defendant AFPD Brittany Speas; Proceedings Recorded) (Kemp, Donita) (Entered: 02/22/2022) |
| 02/22/2022 | | | Oral Motion for Detention by USA as to DANIEL SILVA. (Kemp, Donita) (Entered: 02/22/2022) |
| 02/22/2022 | 1 | | SEALED FINANCIAL AFFIDAVIT by DANIEL SILVA. (Kemp, Donita) (Entered: 02/22/2022) |
| 02/22/2022 | 2 | | ORDER appointing Assistant Federal Public Defender BRITTANY S. SPEAS for DANIEL SILVA. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 2/22/2022. (Kemp, Donita) (Entered: 02/22/2022) |
| 02/22/2022 | 3 | | **ORDER SCHEDULING DETENTION HEARING AND PRELIMINARY HEARING** as to DANIEL SILVA. Detention/Preliminary Hearing set for 3/1/2022 03:00 PM in Greensboro Courtroom #1A before MAG/JUDGE L. PATRICK AULD. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 2/22/2022. (Kemp, Donita) (Entered: 02/22/2022) |
| 02/25/2022 | 4 | | SEALED Pretrial Service Report. by Plaintiff USA, Defendant DANIEL SILVA. (Thompson–Graves, Jennifer) (Entered: 02/25/2022) |
| 03/01/2022 | 5 | | Minute Entry for proceedings held before MAG/JUDGE L. PATRICK AULD:RULE 5 IDENTITY HEARING/DETENTIOIN HEARING as to DANIEL SILVA held on 3/1/2022. AUSA Craig Principe. AFPD's Brittany Speas and Lisa Costner present with defendant. Defendant admitted Identity. Evidence presented (see attached). Defendant to be transported in custody to the Middle District of Tennessee for further proceedings. Proceedings recorded. (Garrett, Kim) (Garrett, Kim). (Entered: 03/01/2022) |
| 03/04/2022 | 6 | | **ORDER** as to DANIEL SILVA (1) signed by MAG/JUDGE L. PATRICK AULD on 3/4/2022, that the oral Motion for Detention by the United States is GRANTED and the defendant shall be detained pending disposition of the instant |

| | | | |
|---|---|---|---|
| | | | charges pursuant to 18 U.S.C. § 3142(e)(1). (Garland, Leah) (Entered: 03/04/2022) |
| 03/21/2022 | 7 | | COMMITMENT TO ANOTHER DISTRICT as to DANIEL SILVA. Defendant committed to District of Middle District of Tennessee.. Signed by MAG/JUDGE L. PATRICK AULD on 3/21/2022. (Carter, Alexus) (Entered: 03/21/2022) |